1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

RYAN SKIPPLE, an individual,

Case No. 2:24-cv-01046-WBS-CKD

12

       Plaintiff,

13

   vs.

14

PEPSICO BEVERAGE SALES, LLC, a limited liability company; and DOES 1 through 20, inclusive,

**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES**

15

16

       Defendant.

[Joint Stipulation Filed and Served Concurrently Herewith]

17

18

Removal Filed: 4/08/2024

19

Trial Date: None Set

20

21

22

23

24

25

26

27

28

ORDER

# ORDER

Having read and considered the Parties' Joint Stipulation, as set forth in the Joint Stipulation to Continue the Scheduling Conference and Related Dates, the Court hereby ORDERS as follows:

1. The Scheduling Conference currently set for August 12, 2024 will be continued to **September 23, 2024 at 1:30 p.m.**;

2. A joint status report shall be filed no later than **September 9, 2024**; and

3. All other related deadlines pursuant to Federal Rules of Civil Procedure, Rule 26 will be continued in accordance with the new Scheduling Conference date.

**IT IS SO ORDERED.**

Dated:  July 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

<u>PROOF OF SERVICE</u>

2

Case No. 2:24-cv-01046-WBS-CKD

3

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

4

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Diego, State of .  My business address is 501 West Broadway, 18th Floor, San Diego, CA 92101-3598.

5

6

On July 12, 2024, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES** on the interested parties in this action as follows:

7

8

9

Ramin R. Younessi, Esq. (SBN 175020)

10

Heather N. Phillips, Esq. (SBN 258638)

**LAW OFFICES OF RAMIN R. YOUNESSI**

11

**A PROFESSIONAL LAW CORPORATION**

3435 Wilshire Boulevard, Suite 2200

12

Los Angeles, California 90010

13

Telephone: (213) 480-6200

Facsimile: (213) 480-6201

14

15

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

16

17

18

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

19

20

Executed on July 12, 2024, at San Diego, California.

21

22

*/s/ Amy S. Patrick*

23

Amy S. Patrick

24

25

26

27

28

ORDER